492 A.2d 1118

**Tressie V. PALM, Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (CLUETT, PEABODY & CO., INC.).**

Supreme Court of Pennsylvania.

Argued May 15, 1985.

Decided May 28, 1985.

David A. Goldman, Lewistown, for appellant.

Daniel K. Deardorff, William F. Martson, Carlisle, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

ZAPPALA, J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.

## JUDGMENT

·ON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the Order of the Commonwealth Court is affirmed.